# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>     v.<br><br>ALFONSO SERROS-MARTINEZ,<br><br>                                    Defendant. | Case No. 14-cr-2870-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE**<br><br>**[ECF No. 19]** |

Pending before the Court is the Government's motion to dismiss the indictment. (ECF No. 19.) Having read the moving papers, and good cause appearing, the Court **GRANTS** the Government's motion in the interest of justice and **DISMISSES WITHOUT PREJUDICE** the indictment.

   **IT IS SO ORDERED.**

**DATED: January 30, 2015**

**Hon. Cynthia Bashant
United States District Judge**